UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD D. HEARD, | ) | CASE NO. CV 11-2271 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is reversed and remanded to the Commissioner for payment of benefits.

DATED: July 19, 2012

ALICIA G. ROSENBERG
United States Magistrate Judge